UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                      Plaintiff,<br><br>           v.<br><br>PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY,<br><br>                      Defendant. | 24-CV-05605 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 23, 2025
       New York, New York

                                                    JEANNETTE A. VARGAS
                                                    United States District Judge