UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
       :
TRAVELERS PROPERTY CASUALTY COMPANY  :
OF AMERICA,       :
      Plaintiff,    :    24-CV-05605 (JAV)
       :
    -v-    :    <u>ORDER</u>
PENNSYLVANIA LUMBERMENS MUTUAL   :
INSURANCE COMPANY,       :
       :
      Defendant.    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On December 6, 2024, the parties in this matter, Travelers Property Casualty Company of America ("Travelers") and Pennsylvania Lumbermens Mutual Insurance Company ("Lumbermens"), completed summary judgment motion practice. *See* ECF Nos. 15-23. On December 16, 2024, this matter was reassigned from the Honorable Jed. S. Rakoff to the undersigned.

      The topics raised in the summary judgment briefings includes, *inter alia*, whether Lumbermens has a duty to defend and indemnify parties in an underlying state court action in the Supreme Court of the State of New York under Index No. 160406/2020 ("Underlying Action"). Months after the instant summary judgment briefings were fully submitted before this Court, the Supreme Court of the State of New York issued its decisions on their pending summary judgment motions. Index No. 160406/2020, Doc. Nos. 172-173. A recent review of the docket in the Underlying Action shows that on August 28, 2025, there was a stipulation between the parties to discontinue the Underlying Action case with prejudice. *Id.* at Doc. No. 180.

      In light of these developments, the parties are directed to file a joint letter on the docket by Monday, September 15, 2025, informing the Court whether these developments impact the pending summary judgment motions.

      SO ORDERED.

Dated: September 10, 2025
      New York, New York

                                            _____
                                            JEANNETTE A. VARGAS
                                            United States District Judge